**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN J. SINGLETON,<br><br>Defendant,<br><br>BAM COATINGS,<br><br>Garnishee-Defendant. | Case No. 03-CR-137-JPS<br><br>**ORDER** |

In January 2004, the Court entered judgment against Defendant Brian J. Singleton ("Defendant"), including ordering restitution in the amount of $107,177.37, a fine of $2,500, and a special assessment in the amount of $100.00. ECF No. 12 at 5. As of September 15, 2026, the outstanding restitution balance was $97,536.65. ECF No. 42 at 1.

To enforce this judgment, the United States ("Plaintiff") sought, obtained, and served a Writ of Garnishment upon BAM Coatings ("Garnishee-Defendant"). ECF Nos. 25, 26, 39. Garnishee-Defendant answered that it had in its possession or under its control personal property belonging to and due to Defendant in the form of earnings paid on a bi-weekly basis and a monthly bonus. ECF No. 41. Garnishee-Defendant served a copy of its answer on Defendant. *Id.* at 2.

Defendant was properly served with the Writ of Continuing Garnishment and notified of his right to a hearing. ECF No. 40. To date,

Defendant has not requested a hearing or objected to the Answer of the Garnishee-Defendant and the time for doing so has passed. ECF No. 42 at 2.

Plaintiff now seeks an order of continuing garnishment pursuant 28 U.S.C. § 3205(c)(7). Finding that the conditions for the issuance of an order of continuing garnishment have been fully satisfied, *see* 28 U.S.C. § 3205, the Court will grant the motion and adopt the terms of the Plaintiff's proposed final order of garnishment. ECF No. 42.

Accordingly,

**IT IS ORDERED** that that the motion for entry of order of continuing garnishment, ECF No. 42, be and the same hereby is **GRANTED**; and

**IT IS FURTHER ORDERED** that Garnishee-Defendant shall pay to the Plaintiff, on a bi-weekly basis, the lesser of: (a) 25% of Defendant's disposable earnings or (b) the amount by which Defendant's disposable earnings exceed 30 times the federal minimum hourly wage. "Disposable earnings" are those earnings remaining after deductions of any amount required by law to be withheld, such as Social Security and withholding taxes. These payments shall be made at the same time the employee is paid and shall continue until the debt to the Plaintiff is paid in full or the Garnishee-Defendant no longer has custody, possession, or control of any property belonging to the Defendant or until further order of this Court. Payments shall be made payable to the "Clerk, U.S. District Court" with the Defendant's case number on the draft and sent to the Clerk, U.S. District Court, 362 Federal Building, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202-4580;

**IT IS FURTHER ORDERED** that any amounts that Garnishee-Defendant may be holding pursuant to the Writ of Continuing Garnishment shall immediately be turned over to the United States Attorney at the above address; and

**IT IS FURTHER ORDERED** that the United States shall **SERVE** a copy of this Order on Defendant Brian Singleton and Garnishee-Defendant BAM Coatings, and **FILE** a certificate of service of the same.

Dated at Milwaukee, Wisconsin, this 7th day of October, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge